No. 478, Misc. WILSON *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. William A. Peiffer* for respondent.

No. 500, Misc. GONZALES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Warren P. McKenney* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Hawthorne Phillips, T. B. Wright* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 521, Misc. DE MONGE ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Henry F. Lerch* for petitioners. *Solicitor General Marshall* for the United States.

No. 552, Misc. CUNNINGHAM *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for the United States et al.

No. 573, Misc. QUILES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 662, Misc. CLOSE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Lewis T. Booker* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 679, Misc. DI PIERO *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. Petitioner *pro se. A. Alfred Delduco* and *John S. Halsted* for respondent.